**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTER DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **JOHN B. ADRAIN,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | **Case No. 2-08CV-423** |
| | § | |
| **GENETEC INC.; PIPS TECHNOLOGY** | § | |
| **INC.; ELSAG NORTH AMERICA** | § | |
| **LLC; PLATESCAN, INC.; AND THE** | § | |
| **CITY OF PLANO, TEXAS** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendants* | § | |

**DEFENDANT ELSAG NORTH AMERICA LLC 'S
CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Elsag North America LLC ("Elsag"), by and

through its undersigned counsel, hereby provides the Court with the following Corporate

Disclosure Statement:

1.      Elsag North America LLC is 100% owned by its parent company Elsag Datamat

S.p.A.

2.      Elsag Datamat S.p.A. is 100% owned by Finmeccanica S.p.A.

Dated:  January 9, 2009                     Respectfully submitted,

                                            LOCKE, LORD, BISSELL & LIDDELL, LLP


                                            By: /s/ Roy W. Hardin
                                                Roy W. Hardin
                                                Texas Bar No. 08968300
                                                2200 Ross Avenue, Suite 2200
                                                Dallas, Texas  75201
                                                Telephone: 214-740-8556
                                                Facsimile: 214-756-8556
                                                Email:  rhardin@lockelord.com

*Counsel for Defendant*
*Elsag North America LLC*

OF COUNSEL:
Gerard M. O'Rourke (Delaware Bar No. 3265)
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801
Telephone: (302) 252-4320
Facsimile:  (302) 252-4330
Email:  gorourke@wcsr.com

D. Scott Sudderth (Georgia Bar No. 690,760)
One Atlanta Center
1201 West Peachtree Street, Suite 3500
Atlanta, GA  30309
Telephone:  404-872-7000
Facsimile:  404-888-7490
Email:  ssudderth@wcsr.com

## CERTIFICATE OF SERVICE

I, Roy W. Hardin, hereby certify that on January 12, 2009, Defendant Elsag North America LLC 's Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on January 9, 2009, the attached document was electronically mailed on the following:

Elizabeth L. DeRieux, Esquire
S. Calvin Capshaw
Capshaw DeRieux, LLP
1127 Judson Road, Suite 220
Longview, TX 75601-5157
ederieux@capshawlaw.com
ccapshaw@mailbmc.com
Phone:  903-236-9800
Fax:   903-236-8787

Jeffrey Scott David, Esquire
John T. Polasek, Esquire
Polasek, Quisenberry & Errington, LLP
6750 West Loop South, Suite 920
Bellaire, TX  77401
jdavid@pqelaw.com
tpolasek@pqelaw.com
Phone:  832-778-6000
Fax:  832-778-6010

Attorneys for Plaintiff John B. Adrian

Ruffin B. Cordell, Esquire
Andrew R. Kopsidas, Esquire
Michael C. Tyler, Esquire
Fish & Richardson PC
1425 K Street, NW, Suite 1100
Washington, DC 20005
cordell@fr.com
kopsidas@fr.com
tyler@fr.com
Phone:  202-783-5070
Fax:  202-783-2331

Attorneys for PIPS Technology, Inc.

3

Paul K. Pearce, Jr., Esquire
Matthews Stein Shiels Pearce Knott
Eden & Davis LLP
8131 LBJ Freeway, Suite 700
Dallas, TX 75251
ppearcej@mssattorneys.com
Phone:  972-234-3400
Fax:  972-234-1750

Attorney for The City of Plano, Texas

Roy B. Thompson, Esquire
Pacific Patent Law Group
15938 SW Quarry Road, B-6
Lake Oswego, OR 97035
roythompson@comcast.net
Phone:  503-245-6600
Fax:  503-244-8399

Mark S. Hubert, Esquire
Pacific Patent Law Group
516 SE Morrison, Suite 1200
Portland, OR 97214
mark@pplawgroup.com
Phone:  503-234-7711
Fax:  502-224-0092

Rick Klingbert
Rick Klingbert, PC
520 SW Sixth, Suite 950
Portland, OR 97204
rick@klingbert-law.com
Phone:  503-473-8565
Fax:  503-546-0598

Attorneys for Platescan, Inc.


   /s/ Roy W. Hardin

WCSR  4048938v1